**MEMO ENDORSED**

# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| *\*\*\*mail all correspondence* | |

January 20, 2026

Honorable Gary Stein                    **Letter Motion: Second**
United States Magistrate Judge          **Extension of Time Request**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Miguelina Medina v. Comm'r of SSA  1:25-cv-06143-JLR-GS**

Dear Honorable Judge Stein:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's brief is due on January 21, 2026.  Due to multiple briefs coming due on or about the same date as a result of the end of administrative stays connected to government funding, Plaintiff is unable to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's brief be extended 60 days, through and including March 23, 2026. Defendant has given consent and has requested 90 days from the filing of Plaintiff's Opening brief for his response. Plaintiff's reply, if any, would be due 14 days after Defendant's response is filed. This is the second request for an extension in this case.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Padma Ghatage, Esq.   (Via ECF)
         Attorney for Defendant.


Application granted.  Plaintiff shall file her brief by no later than March 23, 2026.  Defendant shall file his brief within 90 days of the filing of Plaintiff's brief.  Plaintiff shall file her reply, if any, within 14 days of the filing of Defendant's brief.  SO ORDERED.

Date:   January 21, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

2