**MEMO ENDORSED**

# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

March 23, 2026

Honorable Gary Stein                                    **Letter Motion: Second**
United States Magistrate Judge                    **Extension of Time Request**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Miguelina Medina v. Comm'r of SSA  1:25-cv-06143-JLR**

Dear Honorable Judge Stein:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's brief is due on March 23, 2026.  Plaintiff respectfully requests a second extension of 45 days through and including through and including May 7, 2026.  Due to an unforeseen leave of office and staffing changes Plaintiff was unable to complete the brief in this matter, but has made it a priority for completion.  The Defendant has given consent and requests a total of 90 days after Plaintiff's due date to file his brief.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Padma Ghatage, Esq.   (Via ECF)
        Attorney for Defendant.

Application granted. Plaintiff shall file her brief by no later than May 7, 2026. The Court will be disinclined to grant further extensions absent a showing of extraordinary circumstances. SO ORDERED.

Date:   March 25, 2026

Gary Stein
United States Magistate Judge
Southern District of New York